UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00353-FDW-DCK

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) DAVID I. OSUNKWO, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte*, regarding the status of this case. On March 27, 2023, Plaintiff filed its "Notice of Withdrawal of Plaintiff United States Securities and Exchange Commission's Application [] for an Order Under Section 21(e) of the Securities Exchange Act of 1934 Enforcing Compliance with Commission Order." (Doc. No. 4). Therein, Plaintiff withdrew its Application, (Doc. No. 1), stating that the matter between Plaintiff and Defendant David I. Osunkwo had been resolved. (Doc. No. 4).

Based on Plaintiff's representations in its Notice of Withdrawal, the Court respectfully **DIRECTS** the Clerk's Office to **ADMINISTRATIVELY CLOSE THIS CASE**, subject to the parties' right to file a motion to reopen this case within thirty (30) days of this Order.

**IT IS SO ORDERED.**

Signed: August 14, 2023

Frank D. Whitney
United States District Judge